IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00354-CR

 

Ina Lee Turner,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 361st District Court

Brazos County, Texas

Trial Court No. 06-06200-CRF-361

 



MEMORANDUM  Opinion



 








Ina Lee Turner perfected this appeal from his
conviction for felony driving while intoxicated.  He has since died in prison. 
Turner’s counsel has filed a motion to abate the appeal supported by a
certified copy of Turner’s death certificate.  See Freeman v. State,
11 S.W.3d 240, 240 (Tex. Crim. App. 2000) (per curiam).  Turner’s death
deprives this Court of jurisdiction.  Id.  Accordingly, the motion is
granted, and this appeal is permanently abated.  See Tex. R. App. P. 7.1(a)(2); Freeman,
11 S.W.3d at 240.

 

FELIPE REYNA

Justice

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal permanently abated

Opinion delivered and
filed October 1, 2008

Do not publish

[CRPM]

 






:Palatino'>                                                                                    Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed June 27, 2007

[CV06]